NUMBER
13-05-695-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_ 
_________________________________________________________________

 

RAYNALDO LOPEZ,                                                  Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__ 
________________________________________________________________

 

                  On
appeal from the 117th District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, RAYNALDO LOPEZ,
perfected an appeal from a judgment entered by the 117th
District Court of Nueces County, Texas,  in cause number 05-CR-2236-B.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with  Tex. R.
App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed 

this the 8th
day of December, 2005.